■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MORRISON, Appellant. [660 NYS2d 993] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 1986 (*People v Morrison,* 116 AD2d 672), affirming a judgment of the Supreme Court, Queens County, rendered May 17, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON NADAL, Appellant. [660 NYS2d 1006] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered September 11, 1995, convicting him of unauthorized use of a vehicle in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issues raised by the defendant are unpreserved for appellate review and we decline to reach them in the interest of justice. O'Brien, J. P., Ritter, Goldstein and Luciano, JJ., concur.